IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - -   x
In re:                               :
                                     :   Chapter 11
TWEETER HOME ENTERTAINMENT           :
GROUP, INC.,                         :
40 Pequot Way                        :   Case No. 07-10787 (PJW)
Canton, MA  02021                    :
                                     :
         Debtor.                     :   Tax I.D. No. 04-3417513
- - - - - - - - - - - - - - - - -   x
In re:                               :
                                     :   Chapter 11
SOUND ADVICE, INC. OF ARIZONA,       :
40 Pequot Way                        :   Case No. 07-10788 (PJW)
Canton, MA  02021                    :
                                     :
         Debtor.                     :   Tax I.D. No. 65-1039276
- - - - - - - - - - - - - - - - -   x
In re:                               :
                                     :   Chapter 11
NEW ENGLAND AUDIO CO., INC.          :
40 Pequot Way                        :   Case No. 07-10789 (PJW)
Canton, MA  02021                    :
                                     :
- - - - - - - - - - - - - - - - -   x
In re:                               :
                                     :   Chapter 11
NEA DELAWARE, INC.,                  :
40 Pequot Way                        :   Case No. 07-10790 (PJW)
Canton, MA  02021                    :
                                     :
         Debtor.                     :   Tax I.D. No. 02-0492559
- - - - - - - - - - - - - - - - -   x
```

```
------------------------------  x
In re:                          :
                                :   Chapter 11
HILLCREST HIGH FIDELITY, INC.   :
40 Pequot Way                   :   Case No. 07-10792 (PJW)
Canton, MA   02021              :
                                :
          Debtor.               :   Tax I.D. No. 75-2194748
------------------------------  x
In re:                          :
                                :   Chapter 11
SOUND ADVICE, INC.,             :
40 Pequot Way                   :   Case No. 07-10793 (PJW)
Canton, MA   02021              :
                                :
          Debtor.               :   Tax I.D. No. 59-1520531
------------------------------  x
In re:                          :
                                :   Chapter 11
SUMARC ELECTRONICS, INC.,       :
40 Pequot Way                   :   Case No. 07-10795 (PJW)
Canton, MA   02021              :
                                :
          Debtor.               :   Tax I.D. No. 56-1120283
------------------------------  x
In re:                          :
                                :   Chapter 11
THEG USA, L.P.,                 :
40 Pequot Way                   :   Case No. 07-10796 (PJW)
Canton, MA   02021              :
                                :
          Debtor.               :   Tax I.D. No. 04-3452357
------------------------------  x
```

*Related Docket No. 22*

**EMERGENCY ORDER AUTHORIZING THE DEBTORS' BANKS TO HONOR
PREPETITION CHECKS FOR PAYMENT OF PREPETITION PAYROLL
OBLIGATIONS AND EMPLOYEE EXPENSE REIMBURSEMENTS
PROHIBITING BANKS FROM PLACING HOLDS ON EMPLOYEE
ACCOUNTS ON ACCOUNT OF PAYROLL AMOUNTS**

Upon the emergency motion (the "Emergency Payroll Motion"),[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (i) authorizing the all banks to honor prepetition checks for payment of prepetition employee wages and salaries and (ii) prohibiting banks from placing any holds on employee accounts for prepetition payroll amounts pending the hearing on the Debtors' "first day" motions and applications in these cases; and the Court having determined that the relief requested in the Emergency Payroll Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and the Debtors having stated in the Emergency Payroll Motion that the Debtors are not requesting authority through this Order to honor any payroll obligations to an individual Employee in excess of $10,000; and upon the record herein; and after due

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Emergency Payroll Motion.

3

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The banks upon which any payroll checks (the "Payroll Checks") are drawn in payment of prepetition payroll obligations, are authorized to honor, upon presentation, any such Payroll Checks.

2. Such banks are authorized to rely on the representations of the Debtors as to which Payroll Checks and transfer amounts are in payment of prepetition payroll, and any party receiving payment from the Debtors is authorized and directed to rely upon the representations of the Debtors as to which payments are authorized by this Order.

Dated: Wilmington, Delaware
June __, 2007

_____
Honorable Peter J. Walsh
United States Bankruptcy Judge