**EXHIBIT A**

[TO BE FILED SEPARATELY]