```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
- - - - - - - - - - - - - - -x
                              :    Chapter 11
In re:                        :
                              :    Case No. 07-10787 (PJW)
TWTR, INC., et al.,           :
                              :    Jointly Administered
          Debtors.            :
                              :    Related Docket No. 1251
                              :
- - - - - - - - - - - - - - -x
```

**ORDER GRANTING DEBTORS' FOURTH MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTION 1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order under Bankruptcy Code section 1121(d) extending the exclusive periods during which the Debtors may file and solicit acceptances of a Plan; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Motion.

interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Plan Period shall be and hereby is extended, and the Debtors shall have the exclusive right to file one or more reorganization plans or a motion to further extend such Plan Period through and including December 2, 2008.

3. The Solicitation Period shall be and hereby is extended, and the Debtors shall have the exclusive right to solicit and obtain acceptances for any plan(s) of reorganization or to file a motion to further extend such Solicitation Period through and including February 2, 2009.

4. This Order is without prejudice to (i) the right of the Debtors to seek further extensions of

the Exclusive Periods, and (ii) the right of any party-in-interest to seek to reduce the Exclusive Periods for cause.

Dated:   Wilmington, Delaware
         ~~October~~ Sept 29, 2008

_____
Honorable Peter J. Walsh
UNITED STATES BANKRUPTCY JUDGE