## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWTR, INC., et al., | ) | Case No. 07-10787 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

RE: Docket No. 1347, 1363, 1377

## ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO
## 11 U.S.C § 362(d) TO ALLOW ARBITRATION OF CLAIMS

Upon consideration of the Motion of Zurich American Insurance Company and American Zurich Insurance Company for Relief from Stay Pursuant to 11 U.S.C. § 362(d) to Allow Arbitration of Claims (the "Motion"); and due and sufficient notice of the Motion having been given; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors and interest holders; and no objections to the relief requested in the Motion having been filed and/or any filed objections having been subsequently resolved, withdrawn, or overruled; and after due deliberation and sufficient case appearing therefore, it is

ORDERED that the relief sought in the Motion is GRANTED in part; and it is further

ORDERED that Zurich is granted relief from the automatic stay to allow a panel of arbitrators to determine the amount, but not the priority, of Zurich's claim against the Debtors' estate; and it is further

ORDERED that Zurich and the Debtors will request that the panel of arbitrators determine when each component of Zurich's claims arises; and it is further

ORDERED that this Court will decide the priority of Zurich's claims after the panel of arbitrators decides the amount of Zurich's claims; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: Dec 22, 2008
Wilmington, Delaware

The Honorable Peter J. Walsh
United States Bankruptcy Judge