IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :    Chapter 11
In re:                                :
                                      :    Case No. 07-10787 (PJW)
TWTR, INC., et al.,                   :
                                      :    Jointly Administered
              Debtors.                :
                                      :    Related Docket Nos. 2590, 2610, 2611, 2619
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ORDER DENYING UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CONVERTING CHAPTER 11 CASE TO CASE UNDER CHAPTER 7**

Upon the United States Trustee's Motion for Entry of an Order Converting Chapter 11 Case to Case Under Chapter 7 (Docket No. 2590) (the "Motion to Convert");[1] and a hearing on the Motion to Convert having been held on June 25, 2014; and this Court having fully considered the record before it; and after due deliberation thereon; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The Motion is DENIED.

2.  If the Debtors do not seek approval of a disclosure statement on or before August 25, 2014, the U.S. Trustee may file a new motion seeking conversion of the Debtors' cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

Dated: Wilmington, Delaware
      July 2, 2014

                                            _____
                                            Honorable Peter J. Walsh
                                            UNITED STATES BANKRUPTCY JUDGE